IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

VONDA RAE CARLTON,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.                            No. 12-cv-1251-DRH-CJP

### ORDER

**HERNDON, Chief Judge:**

    On December 10, 2012, plaintiff Vonda Rae Carlton filed this action against the commissioner of social security (Doc. 2). Specifically, plaintiff seeks judicial review of a final agency decision finding that she was not disabled and denying her Disability Insurance Benefits. On July 26, 2013, pursuant to 28 U.S.C. § 636(b)(1)(B), United States Magistrate Judge Clifford J. Proud submitted a Report and Recommendation (R&R) (Doc. 17), recommending that the Court affirm the commissioner's final decision and enter judgment in favor of defendant commissioner.

    The R&R was sent to the parties with a notice informing them of their right to appeal through the filing of "objections" by August 12, 2013. To date, none of the parties have filed objections, and the period in which to file objections has

expired. Therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct a *de novo* review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985).

Thus, the Court **ADOPTS** the R&R (Doc. 17) in its entirety. The decision of the commissioner denying plaintiff Vonda Rae Carlton's application for disability benefits is **AFFIRMED**. The Clerk is instructed to the close the file and enter judgment in the commissioner's favor.

**IT IS SO ORDERED.**

Signed this 14th day of August, 2013.

Digitally signed by David R. Herndon
Date: 2013.08.14 11:30:01 -05'00'

**Chief Judge**
**United States District Court**