UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**VONDA RAE CARLTON**,

    **Plaintiff,**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.                            No. 12-cv-1251-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Report and Recommendation from United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 14, 2013, the Report and Recommendation is adopted in its entirety. The decision of commissioner is **AFFIRMED**.

                                            NANCY J. ROSENSTENGEL,
                                            CLERK OF COURT

                                            BY:   /s/*Sara Jennings*
                                                            **Deputy Clerk**

Dated: August 14, 2013

Digitally signed by David R. Herndon
Date: 2013.08.14 11:32:38 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT